Isaac Bryck, Appellant, v. Joseph Pierre Ciszek and Another, Defendants. Nelson B. Ashmead, Respondent.— Motion for leave to appeal to the Appellate

Division denied, with ten dollars costs." Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.